United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARLENE ALVAREZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-9143 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Marlene Alvarez Perez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. Through counsel, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention.[1] (Docket Entry No. 1). The petition asserts that the petitioner is being illegally detained in violation of her Fifth Amendment due process rights. This argument is foreclosed by the Fifth Circuit's decision in *Sosnava Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026). Based on the current law and the current facts before the court, the petition must be denied.

The court **orders** that this case is **dismissed**. Any pending motions are **denied** as moot.

SIGNED on November 23, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires the court to promptly examine the petition and its attached exhibits and dismiss the petition, in whole or in part, if the face of the petition shows that the petitioner is not entitled to relief.